UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Shawntel D. Carey

)
)
)
)
)
)

Case No.: 22-56379-BEM

Chapter: 7

Debtor(s)

## Violation of Bankruptcy's Automatic Stay

I am seeking sanctions against Progress Residential/Creditor for violating bankruptcy's automatic stay protection 11 U.S. Code § 362. I am filing pro se because I was unable to reach attorney and this is affecting my health. The creditor has been sufficiently notified but continued to agressively collect too the point that I had to seek medical treatment in addition to other medical diagnoses cause by the creditors negligence.

I am seeking the court to impose fines, grant payment of all other expense, bills, and not excluding punitive damages as the court deems just and proper.

Date: 12/2/2022

Signature: /s/

Printed Name: SHAWNTEL D. CAREY

Address: 152 Strawbridge Tree
Lawrenceville GA
30044

Phone: (404) 396-0060

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: __Shawntel D. Carey__ )    Case No: __22-56379-BEM__
_____ )
_____ )    Chapter __7__
_____ )
_____ )
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __2__ day of __December__, 20__22__ I served a copy of __Violation of Bankruptcy's Automatic Stay__
which was filed in this bankruptcy matter on the __2__ day of __December__, 20__22__.

Mode of service (check one):    ☑ MAILED    ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
__See Attached__    ① Progress Residential
_____    ② George R. Belche
_____    ③ Jordan E. Lubin

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __12/2/2022__    Signature: __[signed]__

Printed Name: __SHAWNTEL D. CAREY__

Address: __152 Strawbridge Trce__
__Lawrenceville GA 30044__
__(404) 396-0060__

Phone:

(Generic Certificate of Service – Revised 4/13)

Shauntel D. Carey

Case # 22-56379-BEM

Certificate of Service List

① Progress Residental
FYR SFR Borrower, LLC
7500 N. Dobson Road
Suite #300
Scottsdale, AZ 85256

② George R. Belche
Attorney at Law
189 West Pike Street #103
Lawrenceville, GA 30046

② Jordan E. Lubin
Lubin Law P.C.
Building 2
Dunwoody Place
Atlanta, GA 30350-3307

### Violation of Bankruptcy's Automatic Stay in case number 22-56379-BEM

Progress Residential/ FYR SFR Borrower, LLC has pursued collections in "Bad Faith" employing willful misconduct.

After filing a voluntary petition of Chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of Georgia, case number 22-56379, the creditor Progress Residential was notified by the Northern District of Georgia, Bankruptcy court via US Mail using OFFICIAL FORM 309A on or around the filing date of August 16, 2022. The creditor was made aware again on August 23, 2022, at 11:45 AM and on September 12, 2022, at 4:36 PM by me in writing via email. Also, I telephoned the creditor at (844) 475-2326 on September 12, 2022, from 1:30 PM to 4:06 PM with a total call duration of approximately 1 hour, 2 Minutes, and 75 seconds of being placed on hold or deliberately disconnected. (See exhibits attached with email and phone records)

Since the August 16th filing and the creditor being sufficiently notified; the tabulation of approximately 63 email threads relating to the creditor's collection efforts dated from August 17th to November 30th in addition to an equal amount of incoming phone calls and voice messages. The creditor has been notified of November 14, 2022, Magistrate Court of Gwinnett County's Order Regarding Stay in Bankruptcy ruling in Case Number 22-M-39404 for the Notice to Appear date of November 23, 2022, in Gwinnett Magistrate Court Civil Division, yet approximately a dozen telephone calls, voicemails, and or emails collection attempts are exhibited below. (see exhibits with voicemails and corresponding phone records).

On 11/24/2022, I was admitted to the Emergency Room (ER) and diagnosed with Panic/Anxiety attacks as a result of my interaction with the creditor.

I am hereby seeking a sanction against this creditor for violating bankruptcy's automatic stay protection repeatedly. It is clear that the creditor's actions are willful because (1) the automatic stay order was in force and the shear number of collections attempts displays a clear violation; (2) the creditor knew of the bankruptcy case and ignored the court's order whereby failing to immediately correct its action after being officially notified of the bankruptcy case; and leaves no choice by to deem the creditor's actions as intentional.

I pray that the court orders sanctions due to the violation of the automatic stay under its power of contempt because the creditor violated the court's order. I am seeking the court to impose fines, grant attorney's fees, and order the creditor to pay damages including medical bills, and punitive damages.

Shawntel D. Carey
Case # 22-56379-BEM





Shawntel D. Corey
Case # 22-56379-BEM
(2)



Shawntel D. Carey
Case # 22-56379-BEM
(3)



**Screenshot 1 (Nov 10, 12:48 PM — Progress Reside... +1 844-475-2326, 0:23):**
"Just just first until Carrie. This is Kevin with progress for the dental, giving you a call regarding your account. If you could please return this call. Our phone number is (844) 475 2326. Again, that's 8444752326. Thank you."

6 of 13

**Screenshot 2 (Nov 07, 11:58 AM — Progress Reside... +1 844-475-2326, 0:51):**
"Hi, this is Progress Residential. This is an important message for Sean told Kerry. If you are not Sean to carry, please hang up. This is an important message for SV one. If you are not the SV one, please hang up, this is an attempt to collect a debt and any informant's $4141.45. Please make a payment today. For all payment options. Visit www dot rent progress dot com forward slash payments. That website again is W. W. W. Dot rent progress dot com forward slash payments. Thank you."

7 of 13

**Screenshot 3 (Oct 31, 2:44 PM — Progress Residen... +1 844-475-2326, 0:52):**
"Hi, this is Progress Residential. This is an important message for Sean told Kerry. If you are not Sean to carry, please hang up. This is an important message for SV one. If you are not the SV one, please hang up, this is an attempt to collect a debt and any informant's $2639.45. Please make a payment today. For all payment options. Visit www dot rent progress dot com forward slash payments. That website again is www dot rent progress dot com. Forward slash payments. Thank you."

8 of 13

**Screenshot 4 (Oct 28, 3:21 PM — Progress Residen... +1 844-475-2326, 0:15):**
"Hi, my name is Connie calling from progress residential. This message is for Kerry. We have some information we'd like to discuss with you. Please give us a call at (184) 447 52326. Thank you."

9 of 13

*Shawntel D. Casey*
*Case # 22-56379-BEM*
(4)



152 Strawbridge Trce, Lawrenceville, GA 30044 ; Property# 689739

From: shawntelcarey@yahoo.com (shawntelcarey@yahoo.com)
To: customercare@rentprogress.com; accounts@rentprogress.com; hoa@rentprogress.com
Cc: shawntelcarey@yahoo.com
Date: Monday, September 12, 2022 at 04:36 PM EDT


Dear Progress Residential

Please note, that Progress Residential was notified by the court and by me via email on Tuesday, August 23, 2022, at 11:45 AM EST that I filed a Chapter 7 Bankruptcy in August, in that email you were notified that an Automatic Stay Protection was in effect.

**All future collection attempts shall be forwarded to**

George R. Belche, Attorney at Law
89 West Pike Street, Suite 103
Lawrenceville, GA 30046


I have tried to contact Progress Residential numerous times in response to their debt collection attempts as follows:
-I called (844) 475-2326 at 1:30 pm EST ( I remained on hold for 35 mins 44 secs until the call hung up);
-called again at 2:04 pm (I requested the callback option, duration 1 min 10 sec);
-called once more at 2:06 pm and requested a callback again (duration 1 min 27 sec);
-received an incoming call at 3:12 pm, my phone rang briefly (less than a ring) and hung (duration 0 min 0 sec)
-3:13 pm, I called back and requested another call back (duration 01 min 21 sec)
-I then called (404) 596-8381, and spoke with Jennifer located in AZ at 3:44 pm duration of less than 2 mins, she forwarded me to another extension but no one answered, I remained on hold until I hung up (total duration 26 mins 37 sec)
-4:06pm, I received an incoming call from (844) 475-2326, spoke with Aron in the Central Standard Time zone, and I provided the information above (duration of the call 4 mins 44 sec)


I am requesting that this correspondence is placed in 152 Strawbridge Trce, Lawrenceville, GA, Property #689739 tenant file.

All the best,

Shawntel Carey


*Shawntel D. Carey*
*Case # 22-56379-BEM*
(6)

12/1/22, 11:42 AM                    Yahoo Mail - Fw: Payment Confirmation: 152 Strawbridge Trce Lawrenceville, GA; Property Number 689739

**Fw: Payment Confirmation: 152 Strawbridge Trce Lawrenceville, GA; Property Number 689739**

From: shauntelcarey@yahoo.com (shauntelcarey@yahoo.com)
To: customercare@rentprogress.com, customercare@rentprogress.com, rdt1@progressresidential.com
Date: Wednesday, September 14, 2022 at 08:26 AM EDT

All future debt collection attempts shall be forwarded to

George R. Belche, Attorney at Law
39 West Pike Street, Suite 103
Lawrenceville, GA 30046

Please note that I am hereby disputing the following charges totaling $248.75 as erroneous, excessive, and not applicable.

| Date | Description | Amount |
|---|---|---|
| 9/1/2022 | Rent (09/2022) | $0.05 |
| 9/1/2022 | Resident Benefits Package (09/2022) | $15.00 |
| 9/8/2022 | Violation V-310309 Letter | $45.00 |
| 9/6/2022 | Late Fee, 10% of $1487.00 | $148.70 |
| 9/9/2022 | Posting Fee for Demand Letter as of 09 Sep 202 | $40.00 |
|   | Account Balance: | $248.75 |

All the best,

Shauntel Carey

----- Forwarded Message -----
From: RentProgress Support Team <no-reply@rentcafe.com>
To: "shauntelcarey@yahoo.com" <shauntelcarey@yahoo.com>
Sent: Wednesday, September 14, 2022 at 08:18:25 AM EDT
Subject: Payment Confirmation



Payment Confirmation

Dear Shauntel,

Thank you for your payment.

PAYMENT AMOUNT: $1,537.00
PAYMENT ACCOUNT: Visa XXXX-5221
CONFIRMATION #: 63016350

Progress Residential
Customer Care Team



Shauntel D. Carey
Case #22-56379-BEM

**Collection Attempt immediately following Gwinnett County's "ORDER REGARDING STAY IN BANKRUPTCY" case #22-M39404 so ordered on 11/14/2022**

---

12/1/22, 1:19 PM       Yahoo Mail - Your Account is Now Pending Eviction

### Your Account is Now Pending Eviction

From: Progress Residential (rdct@m.rentprogress.com)
To: shawntelcarey@yahoo.com
Date: Wednesday, November 30, 2022 at 03:02 PM EST

*Recieved full payment between 11/23 - 11/30 posted 12/1/2022*

**Progress Residential**

Hello Shawntel,

We still have not heard from you or received your payment on your past due rent balance for this month and your account is now pending eviction. This is a message we have tried to avoid and an outcome we never want to reach as part of our relationship.

You may not have the same payment options available to you as you had previous due to the current balance being 4,290.15. We encourage you to mail a money order or cashier's check to 7500 N Dobson Rd Scottsdale, AZ 85256 Suite 300 to bring your account current and avoid a pending eviction.

If you still have access, please log into your account here to view your balance and to bring your account current and return to good standing.

**MAKE A PAYMENT NOW**

**Remember, if you are not able to pay rent due to financial hardship...**

Your well-being is important to us, and we know life can bring unexpected challenges. There is a dedicated team ready to help you if you are facing financial hardships and unable to make your rent payment. Learn more about rental assistance programs that may be available to you here. We also have a team standing by to discuss options with you. Reach out to us so we can help at rdct@progressresidential.com.

Thank you,
Progress Residential®



⑧ *Shawntel D. Carey
Case # 22-56379-BEM*

# AFTER VISIT SUMMARY

**Shawntel D. Carey**

11/24/2022 Gwinnett Advanced Care Center 404-365-0966

## Instructions

Thank you for allowing us to care for you today. If you have any questions or concerns about your treatment plan or the care you recieved today, please let me know prior to leaving.

If you had a positive experience today, please consider leaving a good review to help support us!

Please start Atarax as prescribed. Start doxycyline for sinus infection.

## Today's Visit

Reason for Visit

- PANIC ATTACKS
- COUGHING UP BLOOD

Diagnoses

- ANXIETY
- HEMOPTYSIS (COUGHING BLOOD)
- SINUSITIS, CHRONIC
- AGITATION

# AFTER VISIT SUMMARY

**Shawntel D. Carey** 

11/22/2022 Gwinnett Advanced Care Center 404-365-0966

## Instructions

Use over the counter Antihistamines and allergy eye drops



Read the attached information

1. RHINITIS PI NATL
2. ALLERGIC CONJUNCTIVITIS PEDS PI NATL



Follow up with

Why: If symptoms worsen or do not improve as expected

Specialty: Family Practice, Sports Medicine

## Today's Visit

Reason for Visit

- URI SYMPTOMS
- HEADACHE

Diagnoses

- EXPOSURE TO MOLD
- BILATERAL ALLERGIC CONJUNCTIVITIS
- ALLERGIC RHINITIS (NOSE CONGESTION)

Shawntel D. Carey
22-56379-BEM
(9)

Date: 12/2/2022 sent at 08:16 AM

To: Progress Residential

RE Automatic Bankruptcy Stay

Progress Residential and all of its principals, agents, and affiliates have been sufficiently notified that I filed a Chapter 7 bankruptcy on 08/16/2022 which provides an "automatic bankruptcy stay." Progress Residential has aggressively pursued me and has contributed to my experiencing anxiety and panic attacks for which I have sought medical treatment in addition to Mold Exposure.

Progress Residential was made aware of the August 16, 2022, Chapter 7 Bankruptcy filing and the Automatic Stay Protection by me, the Northern District of Georgia Bankruptcy Court, and the Gwinnett County Magistrate Court. Progress Residential is a named creditor in said bankruptcy filing whereby making the aggressive debt collection actives a violation subject to sanctions in the Federal Court 11 U.S. Code § 362. The following charges, and fees as of 08/17/2022 to date are erroneous, excessive, and not applicable.

I am hereby demanding that the total amount of the charges, fees, and other amounts list below and associated with the violation of the automatic bankruptcy stay protection debt collection activities in the amount of $1,152.40 be reversed, refunded, and applied to any current charges.

| Date | Description | Amount |
|---|---|---|
| 11/6/2022 | Late Fee, 10% of $1487.00 | $148.70 |
| 10/17/2022 | Eviction Admin Fee | $200.00 |
| 10/17/2022 | Attorney Filing fee | $500.00 |
| 10/10/2022 | Posting Fee for Demand Letter | $40.00 |
| 9/14/2022 | Convenience Fee Receipt Ctrl #9356319 | $35.00 |
| 9/9/2022 | Posting Fee for Demand Letter | $40.00 |
| 9/6/2022 | Late Fee, 10% of $1487.00 | $148.70 |
| 9/6/2022 | Violation V-310399 Letter | $45.00 |

I am hereby asking that all debt collection attempts stop immediately and that your company adheres to the Automatic Stay Protection order from the Northern District of Georgia Bankruptcy Court and the Gwinnett County Magistrate Court.

The account should be considered paid in full since the 12/01/2022 deposit of $4330.15 and the reversal and refund of the $1,152.40 to the 152 Strawbridge Trce resident ledger.

Respectfully,

Ms. Carey

152 Strawbridge Trce

Contact Us   Progress Residential.pdf

*Shawntel D Carey*

Case #22-56379 BEM

Contact Us _
Progress Residential

Emailed to the Progress Residential on 12/2/2022 at 08:16 AM

(10)

MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

CLERK OF MAGISTRATE COURT - CASE 22-M-394

Dispossessory Answer/ Defendant Response

Date: 10th day of November 2022

To: The Honorable Kristina Hammer Blum, Chief Magistrate

From: Shawntel D. Carey, 152 Strawbridge Trce, Lawrenceville, GA 30044, Defendant

Dear Honorable Kristina Hammer Blum, Chief Magistrate:

I am in receipt of the dispossessory proceeding with date of service noted as 11/09/2022, and this is my response. WHEREFORE, I ask this Court to grant relief as the Court deems just and proper for the following reasons:

### I. **Attempts for payment have been made via Project Reset 2.0.**

Project Reset Case ID 68371 and Landlord Case ID 57491 was established by case workers Kintavious Johnson and now Thelma Leonora, who have tried to coordinate payment since mid-September 2022 with no success. Many volumes of emails and phone records have been accumulated that reveal the level of effort and dedication that has been employed to cooperate and avoid eviction.

It is important to note that 152 Strawbridge Trce, Lawrenceville, CA 30044 tenant ledger and payment history since start of residency in 2015 will indicate that I have never been late on rent prior to September 2022, said ledger will also show that I routinely paid rent several months in advance, even up to a year in advance in some instances.

### II. *Motion to Stay Proceedings* **pursuant to O.C.G.A. § 9-11-62 and other applicable laws**

On the 16th of August 2022, Chapter 7 Bankruptcy proceeding, case number 22-56379-BEM was initiated in the Northern District of Georgia Bankruptcy Court, with me as the Debtor, and the plaintiff, Progress Residential aka FYR SFR Borrower LLC named as a creditor and notified by the court's bankruptcy trustee via *OFFICIAL FORM 309A* using US Mail. In addition, I have emailed twice, on Tuesday, August 23, 2022, at 11:45 AM EST and on Monday, September 12th at 4:36 PM EST, trying to start a dialog seeking resolution (see enclosed email) whereby documenting difficulties experienced.

The enclosed email lends credibility to any claims about the difficulty in communication with this landlord or "plaintiff, whether it is to provide payment of outstanding rent or to seek resolution in any matter big or small, routine or an anomaly, it is difficult and almost impossible in some cases.

As such, I am hereby asking the court to extend or impose a "stay" based on the information above. I am asking in the best interest of the court to "Stay" this case, removing from the active calendar pending the resolution of the bankruptcy matter, case number 22-56379-BEM, currently pending in the Northern District of Georgia Bankruptcy Court under Trustee Jordan E. Lubin, Esq.

Respectfully

Shawntel D. Carey

Enclosure

Shawntel-Carey
Case # 22-56379-BEM
(11)

FYR SFR BORROWER, LLC

        Plaintiff(s),

vs.

SHAWNTEL CAREY

        Defendant(s),

        Garnishee(s),

MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Civil Action File No. 22-M-39404

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
2022 NOV 14 PM 3:33
TIANA P. GARNER, CLERK

## ORDER REGARDING STAY IN BANKRUPTCY

It appearing to the Court that the Defendant(s) has/have filed a voluntary petition in bankruptcy in the United States Bankruptcy Court for the **NORTHERN** District of **GEORGIA**, _____ Division, Case No. **22-56379** and that said filing operates as an automatic stay of further proceedings against the bankrupt Defendant(s) in the above styled action. IT IS THEREFORE ORDERED, AS FOLLOWS:

[ X ] There is only one Defendant in this action. All proceedings against the Defendant are stayed until further order of the Court. The Clerk of this Court is hereby directed to remove this case from the pending files and close this case by administrative order upon the docket of this Court. The Clerk of this Court shall hold any funds held in the registry of the Court until further order.

[ ] There is more than one Defendant in this action. The relief sought by the Plaintiff may not be granted as to any Defendant without affecting the rights of the Defendant in bankruptcy. All proceedings against all of the Defendants herein are stayed until further order of the Court. The Clerk of this Court is hereby directed to remove this case from the pending files and close this case by administrative order upon the docket of this Court. The Clerk of this Court shall hold any funds held in the registry of the Court until further order.

[ ] There is more than one Defendant in this action. The relief sought by the Plaintiff may be granted against the other Defendants without affecting the rights of the Defendant in bankruptcy. The portion of the case against other co-defendant(s) shall not be stayed. However, all proceedings against the Defendant _____, debtor, are stayed until further order of the Court. The Clerk of this Court shall hold any funds paid by or on behalf of the debtor in bankruptcy held in the registry of the Court until an order is received from the United States Bankruptcy Court regarding the disposition of such funds.

[ ] The relief sought by the Plaintiff against the Defendant(s) is for the recovery of a post-petition debt. This action is not stayed.

[ ] A judgment has already been entered by the Court. To the limited extent that there are post trial issues in this court those matters are hereby stayed and the Clerk of this Court is hereby directed not to issue a *writ of fieri facias*, if a writ has not yet been entered. The parties shall not proceed with any post judgment discovery arising out of this action until further order of this Court.

Parties desiring to reopen this case or to challenge the authenticity, scope or continued duration of the underlying bankruptcy stay shall file a written motion or request pursuant to Uniform Magistrate Court Rule 42, at which time said motion shall be set for a hearing.

So ORDERED, this ___14___ day of ___NOV___, 20_22_

_____
Magistrate

Copies to parties or attorneys for: [✓] Plaintiff; [✓] Defendant; [ ] Garnishee.

Q:\Magforms\forms\MAG 11-07 Bankruptcy Stay (AUG 01)

Shawntel D. Carey

(12)

Gwinnett

# OFFICIAL NOTICE OF VIOLATION

November 23, 2022

FYR SFR BORROWER LLC
3505 KOGER BLVD STE 400
DULUTH, GA 30096-7672

| | |
|---|---|
| **CASE NUMBER:** | CEU2022-11205 |
| **VIOLATION ADDRESS:** | 152 STRAWBRIDGE TRCE, LAWRENCEVILLE, GA 30044 |
| **INSPECTION DATE:** | 11/23/2022 |

Dear Sir/Madam,

A Gwinnett County Code Enforcement Officer inspected this property and found the following violations:

| Ordinance | Code Section and Description | Compliance Date |
|---|---|---|
| Property Maintenance | 14-284 FENCE AND WALL | 12/08/2022 |

Fences and Walls shall be maintained in a structurally sound condition and in good repair. Fences shall be free from loose or rotting materials and shall have braces and supports attached or fastened in accordance with common building practices. Fences shall be maintained free of nails protruding more than 1/16 inch beyond the face of any uncovered fence member.

All multi-family parcels which contain 8 units per acre or more, excluding single-family attached dwellings, on parcels that contain a minimum of 3 acres shall be fenced on all sides with a chain-link or wrought iron fence no less than 4 feet in height. Any new fence required by the adoption of this Ordinance shall be constructed within 6 months from the effective date of this Ordinance.

All damaged or missing portions of a fence shall be replaced with comparable materials and shall be attached to the existing portion of the fence. Fences shall not be externally braced in lieu of replacing or repairing posts, columns or other structural members."

| Property Maintenance | 14-319 EXTERIOR SURFACE | 12/08/2022 |
|---|---|---|

All exterior surfaces, including but not limited to, doors, door and window frames, cornices, porches and trim shall be maintained in good repair. Exterior wood surfaces, other than decay resistant woods, shall be protected from the elements and decay by painting or other protective covering or treatment. Peeling, flaking and chipped paint shall be eliminated and surfaces repainted. All siding and masonry joints shall be maintained weather resistant and water tight.

| Property Maintenance | 14-320 EXTERIOR WALLS | 12/08/2022 |
|---|---|---|

Exterior walls of buildings shall be maintained free from holes, breaks, loose or rotting materials; and shall be maintained weatherproof and properly surface coated as needed to prevent deterioration.

| Property Maintenance | 14-322 ROOFS  *MOLD* | 12/08/2022 |
|---|---|---|

Roofs of buildings shall be maintained so that they are structurally sound and in a safe condition and have no defects which might admit rain or cause dampness in the interior portions of a building. All portions, additions or sections of a roof including, but not limited to, the fascia, eave, soffit, sheathing, rafter tail, barge rafter, vent screening, gutter, downspout, roof jack, & metal flashing shall be complete with all trim strips, moldings, brackets, braces and supports attached or fastened in accordance with common building practices. Gutters must be free of vegetation and in good repair. Roof drainage shall be adequate to prevent rainwater from causing dampness or deterioration in the walls or interior portion of the building.

| Property Maintenance | 14-325 EXTERIOR DOORS & FRAMES | 12/08/2022 |
|---|---|---|

Exterior doors of buildings shall be maintained so that they fit reasonably well within their frames so as to substantially prevent rain and wind from entering a building. Exterior door jambs, stops, headers and moldings shall be securely attached to the structure and maintained in good condition without splitting or deterioration. Additionally, exterior doors shall be provided with proper hardware and maintained in proper working condition.

(13)   *Shawntel D. Carew*
       *Case# 22-56379-BEM*



Gwinnett

## OFFICIAL NOTICE OF VIOLATION

Complaint received for multiple violations at this location. Upon inspection there are several violations in multiple areas at this location.

The following were visible during the initial inspection yet not limited to the following: exterior doors & frames are rotted with splitting and deterioration visible, roofs (visible rotting areas on fascias, soffits, box ends on all sides of the property front, left, right, rear also has chipped/peeling/missing painted surfaces), exterior walls (breaks, separations), exterior surface treatment (window frames, trim around garage door), fence in rear left side is detached from beam and in disrepair with exposed nails.

Please make appropriate repairs by addressing violations listed above to bring this property into compliance by compliance

date.

Please feel free to reach out to me if you have further questions.

Please make the necessary corrections before the compliance date(s) listed above to avoid citations which could result in fines up to $1000. Contact me if you have any questions or need additional assistance.

Sincerely,
**Malek Simpson**
Code Enforcement Officer I
470-534-2312
Malek.Simpson@gwinnettcounty.com

*Landlord has known about mold exposure since March 2022 and as recently as November 19th on Job #'s J003767578 J003748342 has made attempt to address but continues to debt collect agressively while I am in an unhealthy and unsafe Rental home — Shawntel D. Caley*

(14)  Shawntel D. Caley
Case # 22-56379-BEM

# AFTER VISIT SUMMARY



**Shawntel D. Carey**      📅 11/24/2022   📍 Gwinnett Advanced Care Center 404-365-0966

## Instructions

Thank you for allowing us to care for you today. If you have any questions or concerns about your treatment plan or the care you recieved today, please let me know prior to leaving.

If you had a positive experience today, please consider leaving a good review to help support us!

Please start Atarax as prescribed. Start doxycyline for sinus infection.

## Today's Visit

Reason for Visit
- PANIC ATTACKS
- COUGHING UP BLOOD

Diagnoses
- ANXIETY
- HEMOPTYSIS (COUGHING BLOOD)
- SINUSITIS, CHRONIC
- AGITATION

# AFTER VISIT SUMMARY

**Shawntel D. Carey**      📅 11/22/2022   📍 Gwinnett Advanced Care Center 404-365-0966

## Instructions

Use over the counter Antihistamines and allergy eye drops

 Read the attached information
1. RHINITIS PI NATL
2. ALLERGIC CONJUNCTIVITIS PEDS PI NATL

 Follow up with ▓▓▓▓▓▓▓▓
Why: If symptoms worsen or do not improve as expected
Specialty: Family Practice, Sports Medicine

## Today's Visit

Reason for Visit
- URI SYMPTOMS
- HEADACHE

Diagnoses
- EXPOSURE TO MOLD
- BILATERAL ALLERGIC CONJUNCTIVITIS
- ALLERGIC RHINITIS (NOSE CONGESTION)

(15)   Shawntel D. Carey
Case # 22-56379-BEM