

**IT IS ORDERED as set forth below:**

**Date: January 24, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| SHAWNTAL D CAREY, | CASE NO. 22-56379-BEM |
| Debtor. | CHAPTER 7 |
| SHAWNTAL D CAREY, | |
| Movant, | |
| v. | Contested Matter |
| PROGRESS RESIDENTIAL, | |
| Respondent. | |

## ORDER AND NOTICE OF RESCHEDULED PRELIMINARY HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that the preliminary hearing on Debtor's *Motion for Violation of Bankruptcy's Automatic Stay* [Doc. 10] is rescheduled to **February 8, 2023, at 10:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA.

The calendar call will be telephonic and matters to heard will be heard in Judge Ellis-Monro's virtual hearing room. However, in person appearances will be permitted. Please check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-ellis-monro-chief-judge) prior to the hearing for information about procedures.

**END OF ORDER**

2

**Distribution List**

Shawntal D Carey
152 Strawbridge Trce
Lawrenceville, GA 30044

George R. Belche
George R. Belche, Attorney at Law, LLC
189 West Pike Street
Suite 103
Lawrenceville, GA 30046

Jordan E. Lubin
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Progress Residential
FYR SFR Borrower, LLC
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256

Progress Residential
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

FYR SFR Borrower, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092