**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Shawntal D Carey**
152 Strawbridge Trce
Lawrenceville, GA 30044

**xxx–xx–1735**

Case No.: **22–56379–bem**
Chapter: **7**

**NOTICE OF RESCHEDULED HEARING**

NOTICE IS HEREBY GIVEN that the hearing on:

Debtor's Motion for Sanctions for Violation of the Automatic Stay

has been rescheduled before Judge Barbara Ellis–Monro on **March 8, 2023** at **10:00 AM** in **Courtroom 1402, Atlanta**.

Hearings may be by phone, video conference or in person. Please check the "Dial–In and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information and instructions.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: February 13, 2023

Form 189, Revised September 2021