**IT IS ORDERED as set forth below:**

**Date: March 9, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| SHAWNTAL D CAREY, | CASE NO. 22-56379-BEM |
| Debtor. | CHAPTER 7 |
| SHAWNTAL D CAREY, | |
| Movant, | |
| v. | Contested Matter |
| PROGRESS RESIDENTIAL, | |
| Respondent. | |

### ORDER AND NOTICE OF EVIDENTIARY HEARING

1. An evidentiary hearing in the above-styled matter on Debtor's *Motion for Violation of Bankruptcy's Automatic Stay* [Doc. 10] will be held on **April 27, 2023, at 10:30 AM**, in **COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL

FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA. The hearing will not be rescheduled except by express permission of the Court.

2. Counsel and parties appearing *pro se* are hereby directed to filed on the docket witness lists and marked exhibits, with a cover page listing the exhibits, on or before **April 20, 2023**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

3. If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

**Distribution List**

Progress Residential
FYR SFR Borrower, LLC
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256

Progress Residential
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

FYR SFR Borrower, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Shawntal D Carey
PO Box 464782
Lawrenceville, GA 30044