UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. *22-56379-BEM* |
| *SHAWNTAL D CAREY* | ) | |
| Debtor(s), | ) | Chapter 7 |
| | ) | |
| *SHAWNTAL D CAREY* | ) | |
| Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| *PROGRESS RESIDENTIAL.* | ) | |
| Respondents. | ) | |

## MOTION FOR CONTINUANCE

Movant has filed a Motion for Violation of Bankruptcy's Automatic Stay regarding the above referenced bankruptcy case.

1.

Respondent received Service of Process in the form of the Movant's Witness List and Exhibits from Corporation Service Corporation on April 26, 2023, with a hearing date scheduled for April 27, 2023, at 10:30 AM.

2.

To the best of the undersigned' knowledge and belief, Respondent did not receive Notice of the Hearing scheduled until such time as the above referenced document was tendered to Respondent by Corporation Service Corporation.

3.

Respondent immediately contacted the courtroom to inquire as to a continuance and request virtual hearing access to assure appearance at the hearing.

4.

Respondent was informed the hearing was in persona and a virtual hearing option was not available.

5.

Respondent reached out to the Movant, to settle and resolve the Motion.

6.

Wherefore, Respondent respectfully requests this Court continue the hearing to allow Respondent to appear and respond to the claims alleged.

Lynn M. Wilson
Associate General Counsel
Progress Residential LLC
Attorney for Respondent
GA Bar No. 768852

1425 Sassafras Lane
Cumming GA 30041
(404) 406 6579

DISTRIBUTION LIST

SHAWNTEL D. CAREY
P.O. BOX 464782
Lawrenceville GA 30044

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Jordan E Lubin, Esq. Trustee
Lubin Law PC
8325 Dunwoody Place, Building 2
Atlanta GA 30350